# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MYRON C. FRANKLIN,**

    *Plaintiff*,

v.                                 **Case No.: 5:26cv139-MW/MJF**

**GLENN HANCOCK, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on July 20, 2026.**

                               **<u>s/Mark E. Walker</u>**
                               **United States District Judge**